**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **PETER ALFIERI,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RUTH A. KOELLE**<br><br>**Defendant.** | **CA 06 510 ML**<br><br>**Civil Action No. _________** |

**NOTICE OF REMOVAL**

TO: The Honorable Judges of the
United States District Court
District of Rhode Island

Petitioner Ruth A. Koelle (hereinafter "Defendant" or "Dean Koelle"), defendant in the above entitled action, states:

1. Defendant desires to exercise her rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the Superior Court for Providence County, Providence, Rhode Island, in which said cause is now pending under the name and style *Peter Alfieri, Plaintiff v. Ruth A. Koelle, Defendant*, Civil Action No. 06-5520. Defendant was served a Summons and a copy of a Complaint in this action on or about October 27, 2006. A copy of the Summons and Complaint, are attached hereto as Exhibit A.

2. Plaintiff's claim alleges that Defendant, who is Dean of the College of Arts and Sciences at Roger Williams University ("the University"), tortiously interfered with Plaintiff's contract with the University. *See* Complaint at ¶¶ 2 to 6. Plaintiff is a member of a faculty union and, in his Complaint, Plaintiff specifically alleges that Defendant failed to take (or impeded) actions required by the Collective Bargaining Agreement between the University and

its faculty union (of which Plaintiff is a member). *See* Complaint at ¶ 7. Resolution of this action requires an interpretation and application of the Collective Bargaining Agreement. Thus, the state action is one which is completely preempted and displaced by Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185. Accordingly, this Court has federal question jurisdiction over the Complaint pursuant the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by the Defendant herein pursuant to the provisions of 28 U.S.C. § 1441.

3. Defendant is filing this notice within thirty (30) days of service of the Summons and Complaint, as required by 28 U.S.C. § 1446.

4. Defendant will file a notice of filing this Notice of Removal and a copy of the Notice of Removal with the Clerk, Superior Court for Providence County, Licht Judicial Complex, 250 Benefit Street, Providence, Rhode Island 02903, pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit B.

5. Defendant will serve written notice to opposing counsel of the filing of this Notice of Removal and copies of this Notice of Removal will be served on opposing counsel pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit C.

WHEREFORE, Defendant Ruth A. Koelle prays that the above action now pending against her in the Superior Court for Providence County, Providence, Rhode Island be removed therefrom to this Court.

Respectfully submitted,

RUTH A. KOELLE

By Her Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

Joseph P. McConnell (No. 5086)

Date: November 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Peter J. Cerilli, Esq., 56 Pine Street, Suite 200, Providence, RI 02903, by first-class U.S. mail this 24th day of November 2006.