**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**
**C.A. No. 06-5520**

**PETER ALFIERI,**

**Plaintiff,**

**v.**

**RUTH A. KOELLE**

**Defendant.**

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

TO: Clerk
Superior Court for Providence County
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, a Notice of Removal (with attachments thereto) and a Notice to Opposing Counsel of Notice of Removal are being filed this day with the Clerk of the United States District Court for the District of Rhode Island. Copies of said Notice of Removal and a Notice to Opposing Counsel of Notice of Removal are attached hereto.

Respectfully submitted,

RUTH A. KOELLE

By Her Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

Joseph P. McConnell (No. 5086)

Date: November 24th, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Peter J. Cerilli, Esq., 56 Pine Street, Suite 200, Providence, RI 02903, by first-class U.S. mail this 24th day of November 2006.