**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**
**C.A. No. 06-5520**

**PETER ALFIERI,**

**Plaintiff,**

**v.**

**RUTH A. KOELLE**

**Defendant.**

**NOTICE TO ATTORNEY OF REMOVAL OF ACTION TO FEDERAL COURT**

To: Peter J. Cerilli, Esquire
56 Pine Street, Suite 200
Providence, RI 02903

PLEASE TAKE NOTICE that Defendant Home Depot, U.S.A., Inc., in the above-captioned matter, has on the 27th day of November 2006 filed in the United States District Court of the District of Rhode Island, its Notice of Removal of the above-styled action from the Superior Court, Providence County, Providence, Rhode Island (a copy of said Notice is attached hereto) to the United States District Court for the District of Rhode Island, at Providence, Rhode Island, together with copies of the Complaint filed by the Plaintiff in the Superior Court, Providence County, Providence, Rhode Island.

You are also advised that said Defendant, upon filing said Notice, filed a Notice of Removal of Action to Federal Court with the Clerk, Superior Court, Providence County, Providence, Rhode Island, and attached thereto copies of the following: (1) Notice of Removal with exhibits attached thereto; and (2) the Notice to Counsel of Removal of Action to Federal Court.

Such action has effected the removal of this action to the United States District Court for the District of Rhode Island, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446

and no further proceedings may be had in this state court action.

Respectfully submitted,

RUTH A. KOELLE

By Her Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

Joseph P. McConnell (No. 5086)

Date: November 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Peter J. Cerilli, Esq., 56 Pine Street, Suite 200, Providence, RI 02903, by first-class U.S. mail this 24th day of November 2006.