STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

USDC-RI
CA 06-510 ML

Case ID: PC-2006-5520 PETER ALFIERI V RUTH A KOELLE

Filing Date: 10-20-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 11-29-2006

Plaintiff: PETER ALFIERI
ID: @10869371

Attorney: PETER CERILLI

Defendant: RUTH KOELLE
ID: @10869372

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-20-2006 | COMPLAINT FILED | |
| 10-20-2006 | INITIAL FILING FEE | |
| 10-20-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP235982. |
| 11-01-2006 | PROOF OF SERVICE FILED | SERVED UPON RUTH A. KELLY<br>Affiliated: KOELLE, RUTH A |
| 11-27-2006 | NOTICE OF REMOVAL | |
| 11-27-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT-FILE #CA-06-510<br>Affiliated: KOELLE, RUTH A |
| 11-29-2006 | CASE REMVD TO US DISTRICT CT | |
| 11-29-2006 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island