**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **PETER ALFIERI,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RUTH A. KOELLE**<br><br>**Defendant.** | **Civil Action No. 06-510 ML-DLM** |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Ruth A. Koelle hereby moves this Court to dismiss with prejudice the above-captioned matter because it is wholly preempted by Section 301 of the Labor Management Relations Act, 29 U.S.C. §185 ("Section 301"). Accordingly, the Complaint should be dismissed in its entirety.

Respectfully submitted,

RUTH A. KOELLE

By Her Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

_/s/ Joseph P. McConnell________
Joseph P. McConnell (No. 5086)

Date: December 1, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Peter J. Cerilli, Esq., by filing of this document through the court Electronic Case Filing and Notice of Electronic Filing systems on this 1st day of December 2006.

_____/s/ Joseph P. McConnell_________