**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **PETER ALFIERI,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RUTH A. KOELLE**<br><br>**Defendant.** | **Civil Action No. 06-510 ML-DLM** |

**AFFIDAVIT OF CHRISTOPHER M. NERONHA**

I, Christopher M. Neronha, hereby declare under the penalties of perjury as follows:

1. I am over the age of 18 and competent to submit this Affidavit.

2. I am currently employed as Associate General Counsel for Roger Williams University. In my position, I am familiar with and, in part, responsible for labor relations with the labor union representing faculty at the University.

3. At the time of his termination from employment in 2006, plaintiff in the above-captioned case, Peter Alfieri, was a member the faculty bargaining unit at the University and was subject to the collective bargaining agreement between the Roger Williams University Faculty Association NEARI/NEA ("the Association") and the Board of Trustees of Roger Williams University.

4. Attached hereto has Exhibit A is a true and correct copy of the Roger Williams University Faculty Association NEARI/NEA 2004-2008 Contract with the Board of Trustees of Roger Williams University (the "Collective Bargaining Agreement").

5. Pursuant to this Collective Bargaining Agreement, the Association filed a grievance on behalf of Professor Alfieri, and this grievance was denied by the University.

6. Pursuant to the Collective Bargaining Agreement, the Association submitted this grievance to final and binding arbitration before the American Arbitration Association ("AAA"). The arbitration hearing is currently scheduled to commence on January 9, 2007. A true and correct copy of the Notice of Hearing from the AAA is attached hereto as Exhibit B.

**SUBSCRIBED AND SWORN UNDER THE PENALTIES OF PERJURY THIS 30th DAY OF NOVEMBER, 2006:**

Christopher M. Neronha