# AMERICAN ARBITRATION ASSOCIATION
## Notice of Hearing

November 16, 2006

VIA FACSIMILE

John DeCubellis, Jr.
NEARI
99 Bald Hill Road
Cranston, RI 02920

Christopher M. Neronha
Roger Williams University
One Old Ferry Road
Bristol, RI 02809

Re: 11 390 00973 06
RWUFA
and
Roger Williams University

Grievances: Professor Alfieri--Termination

PLEASE TAKE NOTICE that a hearing in the above-entitled arbitration will be held as follows:

Place: Bay Point and Conference Center
The Newport Room
144 Anthony Road
Posrtsmouth, RI 02871

Date: January 09, 2007
Time: 10:00 AM
Before: Gary D. Altman

NOTE: Please regard the location change for the scheduled hearing in the above-captioned matter.

Please attend promptly with your witnesses and be prepared to present your proofs.

Sybil L. Huggins
Case Manager
617 695 6024
HugginsS@adr.org

NOTICE: The arbitrator(s) have arranged their schedule and reserved the above date(s) based on the advice of the parties. Therefore, every effort should be made to appear on the date(s) scheduled. In the event that unforeseen circumstances make it impossible to attend the hearing as scheduled, a party requesting a postponement should obtain the agreement of the other party. If there is no mutual agreement, the arbitrator(s) will make a determination. All requests for postponements must be communicated to the Case Manager not the arbitrator. There should be no communication between the parties and the neutral arbitrator(s) other than at oral hearings. In some instances, postponements are subject to cancellation fees by the arbitrator(s). Any party wishing a stenographic record must make arrangements directly with the stenographer and notify the other parties in advance of the hearings.

cc: Gary D. Altman, Esq.