# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**PETER ALFIERI**

**VS.** **C.A. NO. 06-510ML**

**RUTH A. KOELLE**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Ruth A. Koelle, against the plaintiff, Peter Alfieri, pursuant to the Memorandum and Order dated March 29, 2007 DENYING plaintiff's Motion to Remand and GRANTING defendant's Motion to Dismiss.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: March 29, 2007